**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark E Stuart, et al., | No. CV-20-00755-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' request to exceed page limitations in their response to Defendants' motion for summary judgment (Doc. 82). For the following reasons, the Court will grant Plaintiffs' request.

On October 7, 2020, the Court held a Rule 16 scheduling conference for the instant case. (Doc. 48). At that conference, the Court set November 27, 2020 as the deadline for Defendants to file any qualified immunity motions. (Doc. 49). Defendants filed the currently pending motion for summary judgment on qualified immunity on November 25, 2020. (Doc. 64). On December 7, 2020, Plaintiffs requested an extension of time to January 11, 2021, to respond to Defendants' motion for summary judgment. (Doc. 68). The Court granted this request. (Doc. 69). On December 22, 2020, Plaintiffs filed a motion pursuant to Federal Rule of Civil Procedure 56(d) seeking an additional 90 days to respond to Defendants' motion for summary judgment. (Doc. 74). The Court denied this request noting that it was Plaintiffs who requested the current deadline. (Doc. 81). On January 11, 2021, the day of the deadline, Plaintiffs filed their motion for leave to file excess pages and

1   a proposed response to Defendants' motion for summary judgment that exceeded the page

2   limits established by Local Rule 7.2(e). (Docs. 82, 83).

3        Local Rule 7.2(e) dictates that "[u]nless otherwise permitted by the Court" a

4   response to summary judgment "may not exceed seventeen (17) pages, exclusive of

5   attachments and any required statement of facts." LRCiv 7.2(e)(1). Plaintiffs' proposed

6   response is thirty-eight (38) pages long, more than double the page limit established by

7   Local Rule 7.2(e). (*See* Doc. 83). The Court additionally notes that Plaintiffs submitted

8   their non-compliant proposed response on the day of the filing deadline. Meaning that, if

9   the Court chose not to grant the filing of additional pages, Plaintiffs would be unable to

10  meet the deadline. This, along with Plaintiffs' other actions in this case, suggest Plaintiffs

11  are engaging in gamesmanship to win another extension from the Court. (*See* Doc. 81 at

12  3). They will not receive such an extension.

13       "District Courts have broad discretion in interpreting and applying their local rules."

14  *Simmons v. Navajo County*, 609 F.3d 1011, 1017 (9th Cir. 2010). While Plaintiffs' response

15  violates Local Rule 7.2(e), the Court has discretion to accept the response, despite its

16  violation of local rules. *See Andrich v. Navient Sols. Inc.*, No. CV-18-02766-PHX-SMB,

17  2020 WL 1515664, at *3 (D. Ariz. Mar. 30, 2020). Plaintiffs argue that the additional pages

18  are necessary to respond to Defendants' motion for summary judgment because of the

19  numerous grounds upon which summary judgment is sought and the multiple legal

20  standards that must be examined. (*See* Doc. 82 at 2). The Court agrees that, because of the

21  complexity and number of legal issues in this case, exceeding the seventeen-page limit is

22  warranted here. *See Campbell v. Fernando-Sholes*, No. CV-05-0880PHXSMM, 2009 WL

23  151200, at *2 (D. Ariz. Jan. 21, 2009) (granting request to exceed the page limit in light of

24  the complexities of the case). Thus, the Court will grant Plaintiffs' request to exceed the

25  page limit here but warns that similar requests for extensions in the future will be met with

26  disfavor. If Plaintiffs require an extension in the future, they should request such an

27  extension well ahead of any applicable deadline.

28       Accordingly,

1    **IT IS ORDERED** that Plaintiffs request to exceed page limitations (Doc. 82) is

2 **GRANTED**.

3    **IT IS FURTHER ORDERED** directing the Clerk's Office to file Plaintiffs'

4 response to Defendants' motion for summary judgment (lodged at Doc. 83).

5    **IT IS FURTHER ORDERED** that Defendants' reply to Plaintiffs' response is due

6 by January 28, 2021.

7    Dated this 13th day of January, 2021.

8

9

10

11    James A. Teilborg
Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28